**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Army Claims Serv.
   Bridgit Dzierzanowski
   4411 Llewellyn Ave
   Ft Meade, MD 20755-5360

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X S. Lee    ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   NOV 15 2007
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 1490 0000 4152 7960

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   US Dept Justice
   off of Atty General
   950 Pennsylvania Ave
   NW
   Washington DC - 20530 0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X                        ☐ Agent  ☐ Addressee
B. Received by (Printed Name)    C. Date of Delivery
   NOV 19 2007
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7007 1490 0000 4152 7953

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540