UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 07 CIV 9830  
FILED: 11/16/2007

## AFFIDAVIT OF SERVICE

SONYA LAMAR-ARCHIE and JOSEPH ARCHIE,

Plaintiff(s)/Petitioner(s)

- against -

THE UNITED STATES OF AMERICA,

Defendant(s)/Respondent(s)

WESTCHESTER COUNTY, NEW YORK STATE: Suzanne Baldassarri being duly sworn deposes and says: Deponent is not a party herein is over 18 years of age and resides in the State of New York.

On 11/16/2007 at 12:45 p.m., Deponent served the SUMMONS IN A CIVIL ACTION on **THE UNITED STATES OF AMERICA c/o U.S. ATTORNEY GENERAL** at 300 QUARROPAS STREET, 3RD FL., WHITE PLAINS, NY 10601 by:

XX  delivering a true copy of each to COURT OFFICER BRUSCO who is authorized to accept service.

XX  Description: MALE, WHITE, 53 YRS., 5'10", 190 LBS., BLACK/GRAY HAIR, MOUSTACHE & BEARD

Sworn to before me on  11/21/2007

**Albert Baldassarri**  
Notary Public, State Of New York  
No. 01BA4977658  
Qualified In Westchester County  
Commission Expires 2/11/20_11_