

**MEMO ENDORSED**



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

ORIGINAL

January 14, 2008

**By Facsimile**
Honorable William C. Conner
United States District Judge
United States Courthouse
300 Quarropas Street, Room 630
White Plains, New York 10601-4150

Re:   Lamar-Archie et al. v. U.S.A., 07 Civ. 9830 (WCC)
                    ECF CASE

Dear Judge Conner:

I write respectfully on behalf of the Government to request a 30-day extension of time for the Government to respond to the plaintiff's complaint in the above-referenced action, from January 15, 2008 until February 14, 2008. I make this request because I am in the process of investigating the claims and allegations raised by plaintiff relating to a motor vehicle accident. I also make this request because of the press of business. I have spoken with plaintiff's counsel, and he consents to this request. This is the Government's first request for an extension of time to respond to plaintiff's complaint.

Thank you for your consideration of this matter.

Respectfully,

MICHAEL J. GARCIA
United States Attorney

By:  *Lawrence H. Fogelman*
LAWRENCE H. FOGELMAN
Assistant United States Attorney
Tel. No. (212) 637-2719
Fax No. (212) 637-2730

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

Defendant's request for an
extension of time to respond to
plaintiff's Complaint is GRANTED.
SO ORDERED. Dated:  Jan. 16, 2008
                    White Plains, NY

*William C. Conner*
WILLIAM C. CONNER, Senior U.S.D.J.

COPIES MAILED TO COUNSEL OF RECORD for A
AND EMAILED TO π COUNSEL

**MEMO ENDORSED**

P.03

cc:    Paul J. Goldstein, Esq. (By Facsimile)
       Goldstein & Metzger, LLP
       40 Garden Street
       Poughkeepsie, New York 12601
       Tel: 845-473-7000
       Fax: 845-454-4783



## FACSIMILE COVER SHEET

**U.S. ATTORNEY'S OFFICE, SDNY**
86 Chambers Street, 3rd Floor
NEW YORK, NY  10007

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

From:     **Lawrence H. Fogelman**

Office Phone No.:     **(212) 637-2719**

Fax Number:     **(212) 637-2730**

No. pages (including cover sheet): **3**

Date sent:  **January 14, 2008**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

"FOR OFFICIAL USE ONLY"   U.S. ATTORNEY FACSIMILE COMMUNICATION
The information contained in this facsimile message, and any and all accompanying documents, constitute "FOR OFFICIAL USE ONLY"information.  This information is the property of the U.S. Attorney's Office.  If you are not the intended recipient of this information, any disclosure, copying, distribution, or the taking of any action in reliance on this information is strictly prohibited.  If you received this information in error, please notify us immediately by telephone at the above number and destroy the information.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

To:                      Honorable William C. Conner
Office Phone No.:     (914) 390-4166
Fax Number:            (914) 390-4170

cc:                      Paul J. Goldstein, Esq.
Office Phone No.:     845-473-7000
Fax Number:            845-454-4783