## CERTIFICATE OF SERVICE

        I, Lawrence H. Fogelman, an Assistant United States Attorney for the Southern District of New York, hereby certify that on February 14, 2008, I caused a copy of the foregoing Answer to be served, by Federal Express, upon the following:

Paul J. Goldstein, Esq.
Goldstein & Metzger, LLP
40 Garden Street
Poughkeepsie, N.Y. 12601

Dated:    New York, New York
             February 14, 2008

                                        LAWRENCE H. FOGELMAN
                                        Assistant United States Attorney
                                        Tel:   (212) 637-2719
                                        Fax:  (212) 627-2730